UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EPIC TECH, LLC, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Civil Action No. 1:22-cv-02043-SCJ ) ) |
| SPINX GAMES LIMITED, | ) ) |
| Defendant | ) |

## ORDER GRANTING EXTENSION OF TIME

Upon the unopposed motion of Plaintiff Epic Tech, LLC and for good cause shown, this Court grants <u>Plaintiff's Unopposed Motion for Extension of Time for Defendant to File Responsive Pleading</u> and thereby extends the date by which Defendant SpinX Games, Limited must file its answer or other pleading responsive to Plaintiff's complaint to November 23, 2022.

SO ORDERED this 4th day of October, 2022.

                                                            __s/Steve C. Jones_____
                                                            The Honorable Steve C. Jones,
                                                            United States District Court for the
                                                            Northern District of Georgia