# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EPIC TECH, LLC,<br><br>                 Plaintiffs,<br><br>v.<br><br>SPINX GAMES LIMITED,<br><br>                 Defendant. | Civil Action No. 1:22-cv-02043-SCJ |

## DEFENDANT SPINX GAMES LIMITED'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant SpinX Games Limited ("SpinX") respectfully moves to dismiss with prejudice the entirety of Epic Tech, LLC's ("Epic Tech") Complaint. SpinX's motion is based on this Motion, the accompanying Memorandum of Points and Authorities, declaration, exhibits, all files and records in this action, the arguments of counsel, and such additional matters as may be judicially noticed by the Court or may come before the Court prior to or at the hearing on this matter.

Respectfully submitted,

Dated:  November 30, 2022

By: */s/ Ajay S. Krishnan*
AJAY S. KRISHNAN (*pro hac vice*)
MICHELLE YBARRA (*pro hac vice*)
CHRISTOPHER SUN (*pro hac vice*)
DANIEL B. TWOMEY (*pro hac vice*)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

*/s/ Michael Baumrind*
MICHAEL BAUMRIND
BONDURANT, MIXSON & ELMORE LLP
Georgia Bar No. 960296
1201 West Peachtree Street NW, Suite 3900
Atlanta, GA  30309
Telephone:  404.881.4195
Facsimile:  404.881.4111

Attorneys for Defendant
SPINX GAMES LIMITED

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, the foregoing **DEFENDANT SPINX GAMES LIMITED'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was filed using the CM/ECF system, which will automatically provide notice to all counsel of record electronic means.

/s/ *Michael R. Baumrind*
Michael R. Baumrind
Georgia Bar No. 960296