UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EPIC TECH, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-02043-SCJ |
| ) | |
| ) | |
| SPINX GAMES LIMITED, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT SPINX GAMES LIMITED'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 3.3, Defendant SpinX Games hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

**(1) The undersigned counsel of record for a party to this action certifies the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

Plaintiff: Epic Tech, LLC

Defendant: SpinX Games Limited. Netmarble Corporation owns 10% or more of the ownership of SpinX Games Limited.

1

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

N/A

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

For Plaintiff:

*Wellborn, Wallace & Mullman, LLC*
Kelly O. Wallace
Paul F. Wellborn III
Samuel A. Mullman

For Defendant:

*Bondurant Mixson & Elmore LLP*
Fredric J. Bold, Jr.
Michael R. Baumrind

*Keker, Van Nest & Peters LLP*
Ajay S. Krishnan *(pro hac vice)*
Michelle S. Ybarra *(pro hac vice)*
Christopher Sun *(pro hac vice)*
Daniel B. Twomey *(pro hac vice)*

Dated:  November 30, 2022     By:     */s/ Michael Baumrind*
MICHAEL BAUMRIND
BONDURANT, MIXON & ELMORE LLP
Georgia Bar No. 960296
1201 West Peachtree Street NW,
Suite 3900
Atlanta, GA  30309
Telephone:  404.881.4195
Facsimile:   404.881.4111

Attorneys for Defendant
SPINX GAMES LIMITED

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, the foregoing **DEFENDANT SPINX GAMES LIMITED'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was filed using the CM/ECF system, which will automatically provide notice to all counsel of record electronic means.

/s/ *Michael R. Baumrind*
Michael R. Baumrind
Georgia Bar No. 960296